## BERENS v. BERENS.
### Civ. A. No. 3366.

District Court of the United States for the District of Columbia.

Dec. 13, 1939.

Albert Lyman, of Washington, D. C., for plaintiff.

Gerald I. Oxenburg, of Washington, D. C., for defendant.

PROCTOR, Associate Justice.

The motion of defendant to dismiss plaintiff's motion for temporary injunction will be stricken. It is an unnecessary pleading, which ought not be encouraged.

The motion of plaintiff to enjoin defendant is denied.